IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,                        No. 2:06-cv-0189-MCE-PAN-P

      Petitioner,

  v.                                    ORDER

TERESA A. SCHWARTZ, ET AL.,

      Defendants.

_____/

    Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This matter was referred to this Court by Local Rule 72-032 pursuant to 28 U.S.C. § 636(b)(1).

    On June 1, 2006, the magistrate judge issued Finding and Recommendations recommending dismissal of this action for Plaintiff's failure to amend his Complaint and containing notice to Plaintiff that any objections to the Finding and Recommendations were to be filed within twenty (20) days.

1

1  Plaintiff has not filed objections to the Finding and

2  Recommendations.

3      In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the Court finds the Finding and Recommendations to

7  be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.  The Finding and Recommendations filed June 1, 2006, are

10  adopted in full; and

11      2.  This action is dismissed without prejudice.  <u>See</u> Fed. R.

12  Civ. P. 41(b).

13  DATED: July 25, 2006

14

15

16  _____
    MORRISON C. ENGLAND, JR

17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26